UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| GLENDRICK GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 23-162-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RISK MANAGEMENT SERVICE | ) | **JUDGMENT** |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Gardner's Complaint [Record No. 1] is **DISMISSED** with prejudice.

2. Judgment is **ENTERED** in favor of the defendants.

3. This is a **FINAL** and **APPEALABLE** Judgment.

Dated:  June 1, 2023.

*[Signature]*
Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky